

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-25-00046-CV

---

IN RE GABE HARRIS, IV, Relator

---

Original Proceeding
442nd District Court of Denton County, Texas
Trial Court No. 25-0325-442

---

Before Sudderth, C.J.; Birdwell and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: February 3, 2025